## ATTORNEY.

### *No.* 1.

#### STATE *against* DEAN. *Caledonia,* 1819.

THIS was an Indictment, for a misdemeanor in procuring a witness to leave the State, so that he could not be had to testify on the trial of an Indictment for a rape.

The respondent had appeared, at a former term, and given bonds for his appearance from term to term &c. The question was whether he could now appear by attorney ; and the *Court* decided, that he might *appear* and *plead* by attorney as the punishment would not induce legal infamy, and the respondent had once appeared and given bonds, so that a suitable fine was secured.